UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ADAMS,<br><br>      Plaintiff,<br><br>– against –<br><br>SAFI-G, INC. and 236 EAST 77TH STREET, CORP.,<br><br>      Defendants. | **ORDER**<br>18 Civ. 11615 (ER) |

Ramos, D.J.:

  Plaintiff Adams filed his complaint on December 12, 2018. Doc. 1. Defendant answered the complaint on March 22, 2019. Doc. 8. There has been no further activity in this case. The parties are therefore instructed to file a joint status report by no later than December 14, 2020.

  It is SO ORDERED.

Dated: November 30, 2020
     New York, New York

                         Edgardo Ramos, U.S.D.J.